UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DAVID M. KENNEDY, JR.** | **CIVIL ACTION NO. 3:24-cv-00494** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **RICHLAND PARISH D.A.'S OFFICE, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, and after a *de novo* review of the record, along with the Objection [Doc. No. 8] filed by Plaintiff David M. Kennedy, Jr. ("Plaintiff"), and agreeing with the findings of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Preliminary Injunction [Doc. No. 2] is **DENIED**.

MONROE, LOUISIANA, this 16th day of May 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE