UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DAVID M KENNEDY JR** | **CASE NO.  3:24-CV-00494 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DOUGLAS WHEELER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge, having been considered, and after a *de novo* review of the record, together with the written objections [Doc. No. 18] filed by Plaintiff, and agreeing with the findings of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Temporary Restraining Order [Doc. No. 11] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's successive Motion for Preliminary Injunction [Doc. No. 17] is **DENIED** for reason's consistent with the Court's May 16, 2024, Judgment [Doc. No. 12] adopting the Report and Recommendation of the Magistrate Judge.

MONROE, LOUISIANA, this 6th day of June 2024.

_____
Terry A. Doughty
United States District Judge